Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>RYAN TYLER MANESS,<br><br>  Defendant. | Case No.: 2:22-mj-00993-DJA<br><br>ORDER **TO CONTINUE PRELIMINARY HEARING** (*Fourth Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and SUPRIYA PRASAD, Assistant United States Attorney, counsel for the United States of America, and LANCE A. MANINGO, counsel for Defendant RYAN TYLER MANESS, that the preliminary hearing in the above-captioned matter, currently scheduled for January 22, 2024 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This stipulation is entered into for the following reasons:

1. The parties need additional time to discuss a potential, pre-indictment resolution.

2. If a resolution is not made, the additional time will allow the government sufficient time to seek an indictment.

3. The parties agree to the continuance.

1

4. Defendant RYAN TYLER MANESS is in custody and does not object to the continuance.

5. This is the fourth request for a continuation of the preliminary hearing; and a second continuance request for current Counsel.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 17th day of January 2024.

By:  /s/ Lance A. Maningo
LANCE A. MANINGO
Counsel for Defendant Ryan Tyler Maness

By:  /s/ Supriya Prasad
SUPRIYA PRASAD
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-00993-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| RYAN TYLER MANESS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to discuss a potential, pre-indictment resolution.

2. If a resolution is not made, the additional time will allow the government sufficient time to seek an indictment.

3. The parties agree to the continuance.

4. Defendant RYAN TYLER MANESS is in custody and does not object to the continuance.

5. This is the fourth request for a continuation of the preliminary examination hearing; and a second continuance request for current Counsel.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

For all the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in

3

a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for January 22, 2024 at 4:00 p.m., be vacated and continued to March 25, 2024, at 4:00 p.m., Courtroom 3A.

DATED this 18th day of January 2024.

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE